**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
                      :

NICOLE MILLER, LTD. d/b/a KOBRA    :
INTERNATIONAL, LTD., a New York    :
Corporation,    :

                Plaintiff,    :

        - against -    :

BOSTON PROPER, INC., a Florida    :
Corporation;  and JOHN DOES 1-15; XYZ    :
CORPORATIONS 1-15,    :
    :
    :
    :
                Defendants.    :
    :
    :
    :
------------------------------------------------------x

**ORIGINAL**

**JUDGE HOLWELL**

**'07 CIV 9894**

Civil Action No.:

**COMPLAINT FOR COPYRIGHT**
**INFRINGEMENT, UNFAIR**
**COMPETITION AND FALSE**
**DESIGNATION OF ORIGIN AND**
**UNLAWFUL AND DECEPTIVE ACTS**
**AND PRACTICES**
**(JURY TRIAL DEMANDED)**



2007 NOV -8 PM 1:50
U.S. DISTRICT COURT
S.D. OF N.Y.
FILED

Plaintiffs Nicole Miller, Ltd. d/b/a Kobra International, Ltd. hereby file this Complaint on

personal knowledge as to their own activities and on information and belief as to the activities of

others:

<u>**THE PARTIES**</u>

1.     Plaintiff Nicole Miller, Ltd. d/b/a Kobra International, Ltd. is a corporation

organized and existing under the laws of the State of New York, having its principal place of

business at 525 Seventh Avenue, New York, New York 10018.  Nicole Miller, Ltd. and Kobra

International, Ltd. are collectively referred to as "Nicole Miller" or "Plaintiff."

2.     Upon information and belief, Defendant Boston Proper Inc. ("Boston Proper" or

"Defendant") is a corporation organized and existing under the laws of the State of Florida and

having its principal place of business at 6500 Park Of Commerce Boulevard, Boca Raton, Florida 33487. Boston Proper is a multi-channel retailer of woman's apparel that transacts business and contracts to supply goods within the State of New York and throughout the United States through its website at <www.bostonproper.com> and through its catalogs.

3.    Defendants John Does 1-15 and XYZ Corporations 1-15, whose identities and addresses are presently unknown to Nicole Miller, are individuals and corporate entities that, upon information and belief, have made, imported, offered to sell and/or sold to the Defendant the infringing items complained of herein.    The Complaint herein will be amended, if appropriate, to include the name or names of these individuals when such information becomes available. Boston Proper,  and John Does 1-15 and XYZ Corporations 1-15 may be referred to separately or collectively as "Defendants."

## JURISDICTION AND VENUE

4.    This is an action for: (a) copyright infringement in violation of the Copyright Law, 17 U.S.C. §§501, *et. seq.*; (b) unfair competition and false designation of origin in violation of 15 U.S.C. §1125(a); (c) unlawful and deceptive acts and practices in violation of N.Y. Gen. Bus. Law §349; and (d) unfair competition under New York state law, all of which activities have occurred in this District and elsewhere in interstate commerce.

5.    Subject matter jurisdiction for the claim of copyright infringement and unfair competition and false designation of origin is proper in this Court pursuant to 28 U.S.C. §§1331, 1332, 1338(a), 17 U.S.C. §501 and  15 U.S.C. §1125(a).    Supplemental jurisdiction for the claims of unlawful deceptive acts and practices and unfair competition is proper in this Court pursuant to 28 U.S.C. §1367 because these claims form part of the same case or controversy as the claim for copyright infringement.

2

6.    This Court has personal jurisdiction over the Defendant in that Defendant transacts business and contracts to supply goods in the State of New York including this District.

7.    Venue is proper in this District pursuant to 28 U.S.C. §§1391 and 1400(a) in that the Defendant is subject to personal jurisdiction in this Judicial District.

## FACTUAL BACKGROUND

## A.    NICOLE MILLER PRODUCTS AND SALE OF ITS COPYRIGHTED DESIGN

8.    Nicole Miller is one of the leading designers of clothing and fashion accessories in the World. Nicole Miller's designs have been prominently featured in numerous magazines, television shows, and other forms of media. Nicole Miller's designs are also frequently worn by celebrities at prestigious events. Accordingly, Nicole Miller has become a preeminent symbol of luxury apparel and fashion goods of the highest quality ("Nicole Miller Products").

9.    Nicole Miller is the exclusive owner of the copyright in a fabric design known as "Africa Design," which is the subject of U.S. Copyright Registration No. VA-1-378-665 registered on November 2, 2006 (the "Africa Design" or the "Nicole Miller Copyright"). A true and accurate copy of the Certificate of Registration and related deposit for the Africa Design is attached hereto as Exhibit A. In March 2006, Nicole Miller introduced the Africa Design on dress style # BM0155, and has sold more than 1,000 dresses with the Africa Design.

10.    The registration of the Africa Design creates a legal presumption in favor of Nicole Miller with respect to the ownership of and the validity of the copyrights in these works.

11.    Nicole Miller Products bearing the Nicole Miller Copyright are sold in high-end department stores, such as Bloomingdale's, Neiman Marcus and Nordstrom, as well as in Nicole Miller boutiques throughout this District and elsewhere in the United States. A copy of the Nicole Miller store locator for New York is attached hereto as Exhibit B. Nicole Miller has spent millions of dollars and has expended significant effort in advertising, promoting and

3

developing the Nicole Miller Products throughout the world. Nicole Miller has advertised the Africa Design in the April 2006 issues of *Elle* and *In Style* magazines. Copies of these advertisements are attached hereto as <u>Exhibit C</u>. As a result of such advertising and expenditures, Nicole Miller has established considerable goodwill in the Nicole Miller Products, namely the Africa Design.

**B.    BOSTON PROPER DEFENDANT'S UNLAWFUL ACTS**

12.    On or about March 2007, Nicole Miller learned that Boston Proper was selling apparel, including a dress and a top, bearing a design virtually identical to the Africa Design (the "Infringing Products") through its website <bostonproper.com> as well as through its mail order catalog. True and accurate copies of photographs of the Infringing Products are attached hereto as <u>Exhibit D</u>.

13.    On March 22, 2007, Nicole Miller, through its attorneys, Greenberg Traurig LLP, sent a cease and desist letter to Boston Proper. A true and accurate copy of the cease and desist letter is attached hereto as <u>Exhibit E</u>.

14.    Upon information and belief, Boston Proper has distributed and/or sold the Infringing Products throughout the United States, including in New York and this District.

15.    Upon information and belief, Boston Proper has willfully and/or negligently infringed the Nicole Miller Copyright by distributing, selling and/or offering for sale infringing products bearing the Africa Design without Nicole Miller's authorization. Nicole Miller has neither licensed nor authorized Boston Proper to reproduce, adapt and/or display Nicole Miller's copyrighted Africa Design or to manufacture, distribute, advertise, sell or offer to sell apparel that are infringing copies of the Nicole Miller Products.

16.    Upon information and belief, the conduct of Boston Proper was and is willfully done with knowledge of, and/or reckless disregard for, Nicole Miller's rights in its copyrighted Africa Design for the purpose of damaging Nicole Miller's business and profiting from the unauthorized distribution, and sale of products bearing the Nicole Miller Copyright.

**FIRST CLAIM FOR RELIEF**
**(Copyright Infringement Under 17 U.S.C. §501)**

17.    Nicole Miller realleges and incorporates by reference the allegations above.

18.    Nicole Miller is the owner of the Nicole Miller Copyright.

19.    Nicole Miller has never authorized Defendant to make copies of the Nicole Miller Copyright, or to distribute or display the Africa Design.    Defendant's acts of copying, distributing and displaying the Nicole Miller Copyright, which have been willful and deliberate, have been performed without license, authorization or consent from Nicole Miller.

20.    As a direct and proximate result of Defendant's acts, Nicole Miller has suffered damages to its valuable Nicole Miller Copyright, and other damages in an amount to be proved at trial.

21.    Nicole Miller does not have an adequate remedy at law, and will continue to be damaged by Defendant's copyright infringement unless this Court enjoins Defendant from such fraudulent business practices.

22.    Defendant has realized unjust profits, gains and advantages as a proximate result of its infringement.

**SECOND CLAIM OF RELIEF**

**(Unfair Competition and False Designation of Origin Under 15 U.S.C. § 1125(a))**

23.    Nicole Miller realleges and incorporates by reference the allegations above.

5

24.    The Infringing Products are nearly identical or substantially similar to the copyrighted Africa Design and, as such, Defendant's sale of the Infringing Products is likely to cause confusion to the general purchasing public.

25.    By manufacturing and/ or arranging for manufacture of, advertising, distributing, offering for sale and selling the Infringing Products that bear a design identical or substantially similar to the copyrighted Africa Design, Defendant misrepresents and falsely describes to the general public the origin and source of the Infringing Products and create a likelihood of confusion by ultimate purchasers and to others seeing the Infringing Products as to both the source and sponsorship of such merchandise.

26.    Defendant's unlawful, unauthorized and unlicensed manufacturing, advertising, distributing, offering for sale and/or selling of the Infringing Products creates express and implied misrepresentations that the Infringing Products were created, authorized or approved by Nicole Miller, all to Defendant's profit and Nicole Miller's great damage and injury.

27.    Defendant has realized unjust profits, gains and advantages as a proximate result of their unfair competition.

28.    Nicole Miller has no adequate remedy at law.  If Defendant's activities are not enjoined, Nicole Miller will continue to suffer irreparable harm and injury to its goodwill and reputation.

### THIRD CLAIM OF RELIEF

### ( Unlawful Deceptive Acts and Practices Under New York General Business Law § 349)

29.    Nicole Miller realleges and incorporates by reference the allegations above.

30.    On information and belief, Defendant, without Nicole Miller's authorization or consent, and having knowledge of Nicole Miller's well-known and prior rights in the Nicole Miller Copyright has manufactured and/ or arranged for manufacture of, advertised, distributed,

6

offered for sale and sold Infringing Products to the consuming public in direct competition with Nicole Miller Products.

31.    Defendant's use of copies or simulations of the Nicole Miller Copyright is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of the Infringing Products, and is likely to deceive the public into believing the Infringing Products being sold by Defendant originate from, are associated with, or are otherwise authorized by Nicole Miller.

32.    Defendant's deceptive acts and practices involve public sales activities of a recurring nature.

33.    Defendant has realized unjust profits, gains and advantages as a proximate result of their unlawful deceptive acts and practices.

34.    Nicole Miller has no adequate remedy at law and, if Defendant's activities are not enjoined, Nicole Miller will continue to suffer irreparable harm and injury to its goodwill and reputation.

**FOURTH CLAIM OF RELIEF**

**(Unfair Competition Under New York State Law)**

35.    Nicole Miller realleges and incorporates by reference the allegations above.

36.    Nicole Miller has built up valuable goodwill in the Nicole Miller Copyright.

37.    Defendant's use of the Nicole Miller Copyright is likely to and does permit Defendant to palm off the Infringing Products as those of Nicole Miller, all to the detriment of Nicole Miller and the unjust enrichment of Defendant.

38.    Defendant, upon information and belief, with full knowledge of the fame of Nicole Miller and the Nicole Miller Copyright, intended to and did trade on the goodwill associated with the Nicole Miller Copyright and has misled and will continue to mislead the

7

public into assuming a connection between Nicole Miller and Defendant by manufacturing, arranging for manufacture, advertising, selling and/or distributing the Infringing Products.

39.    The acts of Defendant mislead and deceive the public as to the source of Defendant's goods, permit and accomplish the palming off of Defendant's goods as those of Nicole Miller and falsely suggest a connection with Nicole Miller, and therefore constitute acts of unfair competition with Nicole Miller in violation of the laws of the State of New York.

58.    Defendant has realized unjust profits, gains and advantages as a proximate result of their unfair competition.

59.    Defendant's acts have and will continue to cause Nicole Miller irreparable harm unless enjoined by this Court. Nicole Miller has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Nicole Miller prays for the following relief against Defendant:

1.    That Defendant, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it be permanently enjoined from directly or indirectly infringing the Nicole Miller Copyright in any manner, including, but not limited to, reproducing, adapting, and/or displaying the Nicole Miller Copyright by manufacturing, distributing, importing, exporting, advertising, selling, and/or offering for sale, or causing others to do so, any product, including without limitation clothing, bearing designs substantially similar to the Nicole Miller Copyright;

2.    That Defendant be required to effectuate the recall, removal, and return from commercial distribution and/or public display of:

(a)    Any product bearing a design substantially similar to the Nicole Miller Copyright manufactured, distributed, imported, exported, advertised, sold, and/or offered

8

for sale by Defendant, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it; and

(b)    Any promotional and/or advertising materials, labels, packaging, or other items bearing a design substantially similar to the Nicole Miller Copyright used or displayed by Defendant, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it; and

(c)    Any mold, pattern, or other item used by Defendant, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it, to manufacture any product, promotional and/or advertising materials, labels, packaging, or other item bearing a design substantially similar to the Nicole Miller Copyright;

3.    That Defendant be required to deliver up for destruction all of the items called for by Paragraph 2 of this Prayer for Relief, above, as well as any remaining products, advertising, packaging, molds, patterns, or other items bearing a design substantially similar to the Nicole Miller Copyright, or used to manufacture any item bearing a design substantially similar to the Nicole Miller Copyright, that are in Defendant's custody or control;

4.    That Defendant, within thirty (30) days after service of judgment with notice of entry thereof upon it, be required to file with the Court and serve upon Plaintiff a written report under oath setting forth the details of how Defendant has complied with Paragraphs 1 through 3 of this Prayer for Relief, above;

5.    For an award of actual damages sustained by Plaintiff;

9

6.      For an award of Defendant's profits attributable to its copyright infringement;

7.      If elected by Plaintiff, for the maximum statutory damages as permitted under the

Copyright Act;

8.      For such other amounts as may be proper under 17 U.S.C. § 504;

9.      For an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505;

10.     For prejudgment interest as permitted by law;

11.     For such other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands

a jury trial on all triable issues raised by this Complaint.


Dated:  November 8, 2007          Respectfully submitted,
        New York, New York

                                  GREENBERG TRAURIG, LLP

                                  By:
                                      G. Roxanne Elings (GE 8321)
                                      Deidre D. Blocker (DB 0762)
                                      200 Park Avenue, MetLife Building
                                      New York, NY 10166
                                      (212) 801-9200
                                      *Attorney for Plaintiffs*
                                      *Nicole Miller, Ltd. d/b/a Kobra International, Ltd.*

10

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI **VA 1-378-665**

EFFECTIVE DATE OF REGISTRATION

Nov    2    2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼

Africa

NATURE OF THIS WORK ▼ See Instructions

Design on Fabric

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
NAME OF AUTHOR ▼

a  Kobra International, Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  U.S.A.
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**
a  Year in Which Creation of This Work Was Completed
2005
This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 07    Day 27    Year 2005    Nation U.S.A.

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Kobra International, Ltd.
525 Seventh Avenue
New York, NY 10018

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
Nov 2 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Nov 2 2006

FUNDS RECEIVED

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages



# EXHIBIT B



NICOLE MILLER



# EXHIBIT C



ashion's Hottest
EALS & STEALS

# nStyle

## 63
## Best
## Beauty
## Buys

PRING
LOTHES
'hat to
'ear Now!

.US:

:asy,
'retty Hair
'lattering
Vork Outfits

Hot Body
Tips from
**Rebecca
Romijn**

InStyle

APRIL 2000 INSTYLE.COM AOL KEYWORD INSTYLE



# ELLE

**STRESS TEST:** ARE YOU DOING TOO MUCH?

**READY, SET, SHOP!**
**200+**
OF SPRING'S
BEST SHOES,
BAGS, BELTS,
& BANGLES

**BEAUTY SPECIAL**
**100+**
GET-G
TIPS F
MAKE
HAIRST

**SHAKIRA FIXATION**
WHY WE LOVE
THE BRAINY
BOMBSHELL

**SO LONG,
EYE LIFT!**
TECHNIQUES
MAKING
THE KNIFE
OBSOLETE

**THE SECRETS OF
SUCCESSFUL
WOMEN**
12 HIGH
ACHIEVERS AND
LATE BLOOMERS
TELL HOW
THEY DID IT

**JOSH HARTNETT:**
THE SEXY STAR
IS (RE)BORN

ELLE.COM
APRIL 2006
USA $3.50
CANADA $4.50

#BXNBQPT ***CR-LOT 0018A*C004
#TLT0525F092 8#580004        E1
MS. MARY TITLE                DEC 04
NICOLE FASHION OFFC            NR23
525 FASHION AV                20523
NEW YORK        NY  10018-4988



Nicole Miller Boutiques  Neiman Marcus  Bloomingdale's  Nordstrom.com  www.nicolemiller.com  800.366.4721

# EXHIBIT D



# BOSTON PROPER

browse catalog   catalog quick order

categories   collections   sale   daily specials

home > categories > dresses

search [keyword or product id] GO
advanced search

catalog request   my account

shopping bag

customer service

see larger view
see another view

see detail
see colors

**Border-print primal dress. $149.00**

This dress has a plunging wide V-
neckline with gathered knotted bodice;
uneven hem. Back zip. Silk. Imported.
Dry clean. 56" length at longest point.
Sizes 2-14. Multi.
FIT NOTE: Sexy close-fitting bodice with
an A-line skirt.
82604907

**see size information**

[select size ▾]

[select color ▾]

qty [    ]

add to shopping bag

add to wish list

tell a friend

suggested coordinates

◁ previous | next ▷

NuBra® Ultra-light.
$32.00

X-front patent
wedge sandals.
$89.00

Mixed bangle
bracelet set.
$48.00

Wood trinket
earrings. $39.00

join our email list   [enter email address]   GO

gift certificate   order status   contact us   site map   privacy & security   terms of use   about us

Copyright © 2007 Boston Proper, Inc. All Rights Reserved.   Index



Boston Proper ~ The official site of Boston Proper Catalog

# BOSTON PROPER

shopping bag

search  keyword or product id  GO
advanced search

browse catalog    catalog quick order

categories    collections    sale    daily specials    catalog request    my account    customer service

home > categories > shirts & blouses

see larger view

see another view

see detail

see colors

**African-print top. $129.00**

Top with elastic ruching at bust; heavily-beaded notch neckline. Three-quarter flare sleeves. Silk. Imported. Dry clean. Sizes XS(2-4), S(6-8), M(10-12), L(14-16). Multi.
FIT NOTE: Relaxed; easy fit with slight shaping. Follow the given size equivalents for the best fit. If in between sizes, take the next smaller size.
826028D7

see size information

select size

select color

qty

add to shopping bag

add to wish list

tell a friend

◄ previous | next ►

suggested coordinates

Basic leggings.
$39.00

X-front patent wedge sandals.
$89.00

Wood trinket earrings. $39.00

Your favorite fitted boot-cut jeans.
$59.00

join our email list    enter email address    GO

gift certificate    order status    contact us    site map    privacy & security    terms of use    about us

Copyright © 2007 Boston Proper, Inc. All Rights Reserved.    Index

# EXHIBIT E

# Greenberg Traurig

G. Roxanne Elings
212-801-2148
elingsr@gtlaw.com

March 22, 2007

**VIA OVERNIGHT MAIL**
**AND FACSIMILE (561) 241-1055**
Boston Proper
6500 Park of Commerce Boulevard
Boca Raton, Florida 33487

   Re: Infringement of Nicole Miller Copyrights
      Our reference:  66524.020000

Dear Sir or Madam:

  We are intellectual property counsel for Kobra International, Ltd. d/b/a Nicole Miller ("Nicole Miller"), a world famous fashion house, which styles, manufactures and sells diverse articles of men's, women's and children's apparel, luggage, purses, and other accessories. In addition to owning exclusive rights in the trademark NICOLE MILLER and other marks, Nicole Miller owns all rights, title and interest in its original fabric designs, many of which are registered with the United States Copyright Office.

  One such fabric design exclusively owned by Nicole Miller is known as the "Africa Design" ("Africa Design"). The Africa Design consists of a green and yellow background print, with a flower design composed of a flower within a circle, and then six petals emanating from the center circle. The design also has a floral pattern consisting of a circle with four petals stemming from the core. In addition, the border of the Africa Design is a distinctive multicolor geometric pattern. Nicole Miller first began selling the Africa Design in July 2005, and has registered the Africa Design with  the Copyright Office.  The copyright registration for the Africa Design is annexed hereto as Exhibit A.

  Nicole Miller has expended substantial time, effort and money in developing and promoting its products, and has built a national – and worldwide – reputation and notoriety based on its high-quality original creations, including the Africa Design.

  We have learned that Boston Proper is selling apparel, including a dress and top, that are virtually identical to Nicole Miller's Africa Design (the "Infringing Goods") through the website <bostonproper.com>. Pictures of the Infringing Goods are attached as Exhibit B for your reference. Please be advised the sale of apparel that are so similar to Nicole Miller's Africa Design violates Nicole Miller's rights under United States Copyright laws. Any intentional and willful infringement may entitle Nicole Miller to recover statutory damages of up to $150,000 or, in the alternative, to recover your profits from sales of these garments, in addition to Nicole Miller's costs and attorney's fees.

ALBANY

AMSTERDAM

ATLANTA

BOCA RATON

BOSTON

BRUSSELS*

CHICAGO

DALLAS

DELAWARE

DENVER

FORT LAUDERDALE

HOUSTON

LAS VEGAS

LONDON*

LOS ANGELES

MIAMI

MILAN*

NEW JERSEY

NEW YORK

ORANGE COUNTY

ORLANDO

PHILADELPHIA

PHOENIX

ROME*

SACRAMENTO

SILICON VALLEY

TALLAHASSEE

TAMPA

TOKYO*

TYSONS CORNER

WASHINGTON, D.C.

WEST PALM BEACH

ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

Boston Proper
March 22, 2007
Page 2

Please be advised that Nicole Miller has already initiated a lawsuit in the Southern District of New York against a manufacturer and two retailers for copyright infringement of its Africa Design. Accordingly, to fully resolve this matter, we demand that you immediately provide us with the following information:

1.    Provide an accounting of any inventory of Infringing Goods;

2.    Provide the total number of units of Infringing Goods distributed and/or sold to date and the total dollar amount received from such sales;

3.    Provide a written statement that you have ceased any and all sale of the Infringing Goods, and will not otherwise infringe any of Nicole Miller's copyrighted designs in the future.

Because of the urgency of this matter, we request a response to our demands no later than close of business on March 30, 2007. Should you fail to comply with these demands within the time period, we are instructed to take all legal steps necessary to halt the sales of these infringing goods.

The above does not constitute an offer of settlement and is sent without prejudice to any rights or claims of Nicole Miller, all of which expressly are reserved.

Very truly yours,

G. Roxanne Elings, Esq.

cc:   Nicole Miller

Enclosures

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI **VA 1-378-665**



EFFECTIVE DATE OF REGISTRATION

| Non | 2 | 2006 |
|-----|---|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
Africa

**NATURE OF THIS WORK ▼** See Instructions
Design on Fabric

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**
a   Kobra International, Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _U.S.A._
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

a   **Year in Which Creation of This Work Was Completed**
2005 Year
This information must be given in all cases.

b   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 07    Day 27    Year 2005
U.S.A.    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Kobra International, Ltd.
525 Seventh Avenue
New York, NY 10018

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Nov. 2 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Nov 2 2006
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                    **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Estelle Rose, Kobra International, Ltd.
525 Seventh Avenue, 20th Floor
New York, NY 10018

b

Area code and daytime telephone number    ( 212 ) 719-9200          Fax number    ( 212 ) 869-1938
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Kobra International, Ltd.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
G. Roxanne Blings                                      Date  10/30/2006

            Handwritten signature (X) ▼
        X

| | |
|---|---|
| **Certificate will be mailed in window envelope to this address:** | **Name** ▼ Estelle Rose, Kobra International, Ltd. |
| | **Number/Street/Apt** ▼ 525 Seventh Avenue, 20th Floor |
| | **City/State/Zip** ▼ New York, NY 10018 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full   Rev: 07/2006   Print: 07/2006 — 30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-320-958 / 60 125

# Exhibit B

# BOSTON PROPER

browse catalog    catalog quick order

categories    collections    sale    daily specials    catalog request    my account    customer service    shopping bag

home > categories > dresses

search  keyword or product id  GO
advanced search

see larger view        see detail
see another view      see colors





**Border-print primal dress, $149.00**

This dress has a plunging wide V-neckline with gathered knotted bodice; uneven hem. Back zip. Silk. Imported. Dry clean. 56" length at longest point.
Sizes 2-14. Multi.
FIT NOTE: Sexy close-fitting bodice with an A-line skirt.
82604907

see size information

select size [ ]



select color [ ]





add to shopping bag

qty

[ 1 ]

◄ previous | next ►

suggested coordinates


NuBra® Ultralight,
$32.00

Mixed bangle
bracelet set,
$49.00


X-front patent
wedge sandals,
$89.00


Wood trinket
earrings, $39.00

join our email list   [ enter email address ]  GO

gift certificate    order status    contact us    site map    privacy & security    terms of use    about us

Copyright © 2007 Boston Proper, Inc. All Rights Reserved.    index



# BOSTON PROPER

browse catalog    catalog quick order

categories    collections    sale    daily specials    catalog request    my account    customer service

home > categories > shirts & blouses

search  keyword or product id  GO
advanced search

shopping bag

join our email list  enter email address  GO

gift certificate    order status    contact us    site map    privacy & security    terms of use    about us

Copyright © 2007 Boston Proper, Inc. All Rights Reserved.    Index



see larger view    see detail
see another view    see colors

## African-print top. $129.00

Top with elastic ruching at bust; heavily-beaded notch neckline. Three-quarter flare sleeves. Silk. Imported. Dry clean. Sizes XS(2-4), S(6-8), M(10-12), L(14-16). Multi.

FIT NOTE: Relaxed; easy fit with slight shaping. Follow the given size equivalents for the best fit. If in between sizes, take the next smaller size.

82602BD7

see size information

select size 

select color 



add to shopping bag

qty [1]

◄ previous | next ►

suggested coordinates



Basic leggings. $39.00



Wood trinket earrings. $39.00

X-front patent wedge sandals. $89.00





Your favorite fitted boot-cut jeans. $59.00

