

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MILLER, LTD. d/b/a KOBRA INTERNATIONAL, LTD., a New York Corporation,<br><br>  Plaintiff,<br><br>- against -<br><br>BOSTON PROPER, INC., a Florida Corporation; and JOHN DOES 1-15; XYZ CORPORATIONS 1-15,<br><br>  Defendants. | CIV. ACTION NO.:<br><br>**PLAINTIFFS' RULE 7.1 CERTIFICATION** |

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, a private non-governmental party certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: November 8, 2007               Respectfully submitted,

**GREENBERG TAURIG, LLP**

By: _/s/_

G. Roxanne Elings (GE 8321)
Deidre D. Blocker (DB 0762)
200 Park Avenue, MetLife Building
New York, NY 10166
(212) 801-9200
*Attorney for Plaintiffs Nicole Miller, Ltd.*
*d/b/a Kobra International, Ltd.*

NY 238581175v1 11/7/2007