**AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CIV-9894                                    Date Filed: 11/8/2007

Plaintiff:
**NICOLE MILLER, LTD D/B/A KOBRA INTERNATIONAL LTD.,**

vs.

Defendant:
**BOSTON PROPER INC.,**

For:
Roxanne Elings
Greenberg Traurig, LLP

,

Received by Rock Legal Services & Investigations Inc on the 9th day of November, 2007 at 1:29 pm to be served on **Boston Proper Inc.,, 6500 Park Of Commerce Blvd.,, Boca Raton, FL 33487**.

I, Pennie Cain, being duly sworn, depose and say that on the **9th day of November, 2007 at 2:25 pm, I:**

**CORPORATE:** served by delivering a true copy of the **Summons, Complaint, & Plaintiffs' Rule Certification** with the date and hour of service endorsed thereon by me, to: **Ed Murtagh** as **Vice President** for **Boston Proper Inc.,**, at the address of: **6500 Park Of Commerce Blvd.,, Boca Raton, FL 33487**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 170, Hair: Black/Grey, Glasses: N

I hereby certify I have read the foregoing and the facts stated are true and correct, I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes.

Subscribed and Sworn to before me on the 17th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Marilyn T. Hannan
Commission # DD495297
Expires: NOV. 30, 2009
Bonded Thru Atlantic Bonding Co., Inc.

Pennie Cain
Process Server #931

Rock Legal Services & Investigations Inc
809 North Dixie Highway
Suite 101
West Palm Beach, FL 33401
(561) 296-7574
Our Job Serial Number: 2007022699
Ref: 066524.011500

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1f