UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
NICOLE MILLER, LTD. d/b/a KOBRA          :     **ECF CASE**
INTERNATIONAL, LTD., a New York
Corporation,                             :     07 Civ 9894 (RJH)
:
     Plaintiff,
:
    - against -
:
BOSTON PROPER, INC., a Florida
Corporation; and JOHN DOES 1-15; XYZ     :
CORPORATIONS 1-15,
:
     Defendants.
:
------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Boston Proper, Inc. ("Boston Proper") hereby submits its Disclosure Statement:

Boston Proper does not have a parent corporation, nor does any publicly held corporation own 10% or more of Boston Proper stock.

Dated: New York, New York         Respectfully submitted,
      December 17, 2007

                                         /s/ *Lansing R. Palmer*
                                       Lansing R. Palmer (LP-4179)
                                       **AKERMAN SENTERFITT LLP**
                                       335 Madison Avenue, 26th Floor
                                       New York, New York 10017-4636
                                       (212) 880-3800

                                       *Attorneys for Defendant*
                                       *Boston Proper, Inc.*