# Greenberg Traurig

Deidre Blocker
Tel: (212) 801-2298
Facsimile: (212) 309-9598
blockerd@gtlaw.com

December 24, 2007

**VIA FACSIMILE (212-805-6382)**

Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re:   *Nicole Miller, Ltd. v. Boston Proper, Inc., et al., 07 Civ. 9894 (VM)*

Dear Judge Marrero:

We are counsel to plaintiff, Kobra International, Ltd. d/b/a Nicole Miller, Ltd. ("Nicole Miller") in the above-referenced action. We are writing in response to Defendant's letter of December 20, 2007 requesting that the Court deny Plaintiff's Application for Entry of Default dated December 13, 2007.

Plaintiffs respectfully oppose Defendant's request. Plaintiff submits that its Application for Clerk's Entry of Default complied with the requirements of Federal Rule of Civil Procedure 55(a) and Local Rule 55.1 (Certificate of Default). Contrary to Defendant's assertions in its letter, Plaintiffs have not yet filed for a Default Judgment under Local Rule 55.2.

Respectfully,

Deidre Blocker

cc:   Lansing R. Palmer, Esq. (212-880-8965)

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08

---

Request for entry of default judgment filed by plaintiff dated 12-13-07 DENIED. Defendants are directed to answer or otherwise respond to the complaint within five (5) days of this Order.

SO ORDERED:

1-4-08
DATE         VICTOR MARRERO, U.S.D.J.

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
NY238621190v1
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com