# Akerman Senterfitt LLP
### ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017

212 880 3800 *tel*   212 880 8965 *fax*

Lansing R. Palmer
212-880-3880 *dir*
lansing.palmer@akerman.com

December 20, 2007

BY FACSIMILE: 212-805-6382

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-07
```

Nicole Miller, LTD v. Boston Proper, Inc., et al.
07 Civ. 9894 (VM)

Dear Judge Marrero:

We are the attorneys for defendant Boston Proper, Inc. ("Boston Proper") in this action, which was reassigned to Your Honor on December 14, 2007. By this letter, Boston Proper respectfully requests that the Court deny plaintiff's Application for Entry of Default, dated December 13 and filed December 14, 2007 [Document No. 4 on the Docket Sheet]. As the record now reflects, defendant Boston Proper filed an Answer to the Complaint in this action, together with its Rule 7.1 Disclosure Statement, on December 17, 2007 [Document Nos. 6, 7]. Boston Proper also notes that plaintiff's Application for Entry of Default does not comply in several material respects with this Court's Default Judgment Procedures, effective September 9, 2006.

In view of the foregoing, defendant Boston Proper respectfully requests that this Court deny plaintiff's December 13, 2007 Application for Entry of Default.

Respectfully submitted,

*/s/ Lansing R. Palmer*

Lansing R. Palmer

LPR/jrs

{NY023336;1}

> Request GRANTED. In view of defendants' answer, the Court shall deny plaintiff's application for entry of default judgment as to defendant Boston Proper, Inc.
>
> SO ORDERED:
>
> 12-21-07
> DATE        VICTOR MARRERO, U.S.D.J.