SERVICE COPY

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KOBRA INTERNATIONAL, LTD.
d/b/a NICOLE MILLER, LTD.,
a New York Corporation,

                         Plaintiff,

                                  **ACKNOWLEDGMENT OF SERVICE**
                                  **OF AMENDED SUMMONS AND**
                                  **FIRST AMENDED COMPLAINT**

   -against-                         CASE NUMBER: 07-CV-9894 (VM)

BOSTON PROPER, INC., a Florida Corporation;
RICHIE TAILOR, INC., a New York Corporation;
JOHN DOES 1-15; and XYZ
CORPORATIONS 2-15,

                        Defendants.
------------------------------------------------------------X

I hereby acknowledge receipt of the Amended Summons and First Amended Complaint in the above-captioned action and admit service of process on behalf of defendant RICHIE TAILOR, INC., a New York Corporation.

                                 MILBANK TWEED HADLEY & McCLOY LLP

                                 By: _____ for Parker Bagley
                                     PARKER BAGLEY, ESQ.
                                     Attorney for Defendant RICHIE TAILOR, INC.
                                     One Chase Manhattan Plaza
                                     New York, New York 10005

                                                         2/7/8



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KOBRA INTERNATIONAL, LTD.
d/b/a NICOLE MILLER, LTD.,
a New York Corporation,

                          Plaintiff,

  -against-

BOSTON PROPER, INC., a Florida Corporation;
RICHIE TAILOR, INC., a New York Corporation;
JOHN DOES 1-15; and XYZ CORPORATIONS 2-15,

                        Defendants.

**AMENDED SUMMONS IN A CIVIL CASE**

**CASE NUMBER**: 07-Civ-9894 (VM)

TO:   (Name and address of Defendants)

Boston Proper, Inc.
6500 Park of Commerce Boulevard
Boca Raton, Florida 33487

Richie Tailor, Inc.
450 Seventh Ave, Suite 306
New York, New York 10123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

G. Roxanne Elings, Esq.
Deidre Blocker, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
(212) 801-6400

an answer to the Complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        FEB 0 5 2008

CLERK                                                                               DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (*PRINT*) | TITLE |
| Check one box below to indicate appropriate method of Service | |

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of Person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                                        Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NY 238,653,247v1 2/5/2008