IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NICOLE MILLER, LTD. d/b/a KOBRA INTERNATIONAL, LTD., a New York Corporation,

  Plaintiff,

   - against -

BOSTON PROPER, INC., a Florida Corporation; RICHIE TAILOR, INC., a New York Corporation; JOHN DOES 1-15; and XYZ CORPORATIONS 1-15,

    Defendants.

------------------------------------------------------------x

Case Number:  07-Civ-9894 (RJH)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that John C. Vetter of Akerman Senterfitt hereby appears as counsel for Defendant, BOSTON PROPER, INC. ("Boston Proper"), in the above-captioned action.

  PLEASE TAKE FURTHER NOTICE that the undersigned hereby request that copies of all notices and other papers in this case be sent to:

> John C. Vetter (JV8584)
> **AKERMAN SENTERFITT**
> 222 Lakeview Avenue, 4th Floor
> West Palm Beach, FL 33401
> john.vetter@akerman.com

Dated:  February 26, 2008
   West Palm Beach, FL

Respectfully submitted,

  */s/ John C. Vetter*_____
John C. Vetter (JV8584)
**AKERMAN SENTERFITT**
222 Lakeview Avenue, 4th Floor
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile:  (561) 659-6313
john.vetter@akerman.com
*Attorneys for Defendant*
*Boston Proper, Inc.*

{WP476242;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: /s/ John C. Vetter
          John C. Vetter

**SERVICE LIST**
Nicole Miller, LTD. v. Boston Proper, Inc., et al.
Case no. 07-Civ-9894(RJH)
United States District Court, Southern District of New York

| | |
|---|---|
| **Deidre Denise Blocker**<br>blockerd@gtlaw.com<br>**G. Roxanne Elings**<br>elingsr@gtlaw.com<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212)- 801 2298<br>Fax: (212)-309 9598<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing | **Parker Bagley**<br>PBagley@milbank.com<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5343<br>Fax: (212)822-5343<br><br>*Attorneys for Defendant*<br>*Richie Tailor, Inc.*<br>Service by Notice of Electronic Filing |
| **Lansing Reed Palmer**<br>Akerman Senterfitt, LLP<br>335 Madison Avenue<br>Suite 2600<br>New York, NY 10017<br>(212)826-1800<br>Fax: (212)-880-8965<br>Email: lansing.palmer@akerman.com<br><br>*Attorneys for Defendant*<br>*Boston Proper, Inc.*<br>Service by Notice of Electronic Filing | **John C. Vetter**<br>john.vetter@akerman.com<br>Akerman Senterfitt<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>(561) 653-5000<br>Fax: (561) 659-6313<br><br>*Attorneys for Defendant*<br>*Boston Proper, Inc.*<br>Service by Notice of Electronic Filing |