IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRA INTERNATIONAL, LTD. d/b/a NICOLE MILLER, LTD., a New York Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>BOSTON PROPER, INC., a Florida Corporation; RICHIE TAILOR, INC., a New York Corporation; JOHN DOES 1-15; and XYZ CORPORATIONS 2-15,<br><br>Defendants. | CASE NO. 07 CIV 9894 (VM)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Kobra International, Ltd. d/b/a Nicole Miller, Ltd., and defendant, Richie Tailor, Inc., through their respective counsel, subject to the approval of the Court, that defendant, Richie Tailor, Inc., shall have to and including March 28, 2008 to respond to the First Amended Complaint in this action.

Dated: February 25, 2008      By: _____
G. Roxanne Elings (GE8321)
Deidre D. Blocker (DB0762)
GREENBERG TRAURIG, LLP
200 Park Avenue, MetLife Building
New York, New York 10166
(212) 801-9200
Attorneys for Plaintiff,
Kobra International, Ltd. d/b/a Nicole Miller, Ltd.

Dated: February 25, 2008      By: _____
Parker H. Bagley (PB0552)
Jason M. Gonder (JG3236)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
Attorneys for Defendant,
Richie Tailor, Inc.

ORDERED this
26th day of February, 2008

_____
Hon. Victor Marrero, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08