

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NICOLE MILLER, LTD. d/b/a KOBRA  :  Case Number: 07-Civ-9894 (RJH)
INTERNATIONAL, LTD., a New York Corporation,:

  Plaintiff,

  - against -  :  **NOTICE OF WITHDRAWAL**

BOSTON PROPER, INC., a Florida Corporation;
RICHIE TAILOR, INC., a New York Corporation;
JOHN DOES 1-15; and XYZ
CORPORATIONS 1-15,

  Defendants.

-----------------------------------------------------------x

PLEASE TAKE NOTICE that Lansing R. Palmer of Akerman Senterfitt LLP hereby withdraws as counsel for Defendant, BOSTON PROPER, INC. ("Boston Proper"), in the above-captioned action.

Dated: New York, New York
       March 3, 2008

Respectfully submitted,

Lansing R. Palmer (LP 4719)
**AKERMAN SENTERFITT**
335 Madison Avenue, 26t<sup>h</sup> Floor
New York, New York 10017-4636
Telephone: (212) 880-3800
Facsimile: (212)-880-8965
lansing.palmer@akerman.com
*Attorneys for Defendants*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08

**SO ORDERED:**
5 March 2008

Victor Marrero
**U.S.D.J.**

{WP476620;1}

## SERVICE LIST
### Nicole Miller, LTD. v. Boston Proper, Inc., et al.
### Case no. 07-Civ-9894(RJH)
### United States District Court, Southern District of New York

| | |
|---|---|
| **Deidre Denise Blocker**<br>blockerd@gtlaw.com<br>**G. Roxanne Elings**<br>elingsr@gtlaw.com<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212)- 801 2298<br>Fax: (212)-309 9598<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing | **Parker Bagley**<br>PBagley@milbank.com<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5343<br>Fax: (212)822-5343<br><br>*Attorneys for Defendant*<br>*Richie Tailor, Inc.*<br>Service by Notice of Electronic Filing |
| **Lansing Reed Palmer**<br>Akerman Senterfitt, LLP<br>335 Madison Avenue<br>Suite 2600<br>New York, NY 10017<br>(212)826-1800<br>Fax: (212)-880-8965<br>Email: lansing.palmer@akerman.com<br><br>*Attorneys for Defendant*<br>*Boston Proper, Inc.*<br>Service by Notice of Electronic Filing | **John C. Vetter**<br>john.vetter@akerman.com<br>Akerman Senterfitt<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>(561) 653-5000<br>Fax: (561) 659-6313<br><br>*Attorneys for Defendant*<br>*Boston Proper, Inc.*<br>Service by Notice of Electronic Filing |

Subject: Miller v. Boston Proper, Inc. et al., 07 Civ 9894 (RJH)
From: "Palmer, Lansing" <lansing.palmer@akerman.com>
Date: Mon, 3 Mar 2008 13:16:40 -0500
To: orders_and_judgments@nysd.uscourts.gov
CC: "Schneider, Jerold" <jerold.schneider@akerman.com>, "Kessler, Scott" <scott.kessler@akerman.com>, "Humphreys, Kirk" <kirk.humphreys@akerman.com>, "Steele, Rodman" <rodman.steele@akerman.com>

Dear Sir/Madam,

Enclosed please find my Notice of Withdrawal, dated March 3, 2003, as co-counsel for defendant Boston Proper, Inc. Thank you in advance for processing this Notice. The reason for my withdrawal is that I am joining another law firm tomorrow. I will change my account information as soon as I can get through to the Admissions Office. Meanwhile, if you have any questions about the attached, I can be reached after tomorrow at (212) 682-0020, or lpalmer@putneylaw.com.

Respectfully submitted,

Lansing Palmer

Lansing R. Palmer, Esq.
**Akerman Senterfitt LLP**
ATTORNEYS AT LAW
335 Madison Avenue, 26th Floor
New York, New York 10017-4636
Main: 212.880.3800
Dir.: 212.880.3880
Fax: 212.880.8965
lansing.palmer@akerman.com



www.akerman.com | Bio | V Card

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

| Miller v. Boston Proper Notice of Withdrawal 03-03-08.pdf | Content-Description: | Miller v. Boston Proper Notice of Withdrawal 03-03-08.pdf |
|---|---|---|
| | Content-Type: | application/octet-stream |
| | Content-Encoding: | base64 |