IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRA INTERNATIONAL, LTD. d/b/a NICOLE MILLER, LTD., a New York Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>BOSTON PROPER, INC., a Florida Corporation; RICHIE TAILOR, INC., a New York Corporation; JOHN DOES 1-15; and XYZ CORPORATIONS 2-15,<br><br>Defendants. | CASE NO. 07 CIV 9894 (VM)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between defendant and cross-claimant, Boston Proper, Inc. ("Boston Proper"), and defendant and cross-defendant, Richie Tailor, Inc. ("Richie Tailor"), subject to the approval of the Court, that Richie Tailor shall have to and including March 28, 2008 to respond to Boston Proper's cross claims in this action. Richie Tailor further stipulates that on February 27, 2008 it accepted service of Boston Proper's Answer to First Amended Complaint with Affirmative Defenses and Cross-Claims.

Dated: March 5, 2008     By: _____
Scott M. Kessler (SK5510)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
(212) 880-3800
Attorneys for Defendant and Cross-Claimant,
Boston Proper, Inc.

Dated: March 5, 2008     By: _____
Parker H. Bagley (PB0552)
Jason M. Gonder (JG3236)
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
Attorneys for Defendant and Cross-Defendant,
Richie Tailor, Inc.

ORDERED this
6th day of March, 2008
_____
Hon. Victor Marrero, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-06-08