# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212 530 5219

PARKER H. BAGLEY
PARTNER
DIRECT DIAL NUMBER
212 530 5343
FAX: 212 822 5343
E-MAIL: pbagley@milbank.com

LOS ANGELES
213-892 4000
FAX 213-629-5063

WASHINGTON, D.C.
202 835 7500
FAX 202 835 7586

LONDON
020-7615 3000
FAX 020-7615-3100

FRANKFURT
49 69 71914 3400
FAX 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX 49-89-25559-3700

BEIJING
8610-5123-5120
FAX: 8610-5123-5191

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-3504-1050
FAX: 813-3595-2790

March 24, 2008

By Facsimile (212.805.6382)

Hon. Victor Marrero
United States District Judge
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

 RE: *Nicole Miller, Ltd. v. Boston Proper, Inc., et al.*
   Case No.: 07 CIV 9894

Dear Judge Marrero:

We are counsel to defendant, Richie Tailor, Inc., in the above-identified action. We write to request an adjournment of the Court's April 11, 2008 case management conference to May 2, 2008 or later. This is the first request for adjournment of the case management conference. Counsel for plaintiff, Kobra International, Ltd. d/b/a Nicole Miller, Ltd., and counsel for defendant, Boston Proper, Inc., consent to the adjournment.

Respectfully submitted,

Parker H. Bagley

cc: Deidre D. Blocker, Esq. (by facsimile: 212.309.9598)
    John C. Vetter, Esq. (by facsimile: 561.659.6313)

Request GRANTED. The initial status conference herein is rescheduled to 5-2-08 at 5:00 p.m.

SO ORDERED.

3-24-08
DATE

VICTOR MARRERO, U.S.D.J.