IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRA INTERNATIONAL, LTD. d/b/a NICOLE MILLER, LTD., a New York Corporation,<br><br>            Plaintiff,<br><br>   -against-<br><br>BOSTON PROPER, INC., a Florida Corporation; RICHIE TAILOR, INC., a New York Corporation; JOHN DOES 1-15; and XYZ CORPORATIONS 2-15,<br><br>            Defendants. | CASE NO. 07 CIV 9894 (VM)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff, Kobra International, Ltd. d/b/a Nicole Miller, Ltd. ("Nicole Miller"), defendant and cross-claimant, Boston Proper, Inc. ("Boston Proper"), and defendant and cross-defendant, Richie Tailor, Inc. ("Richie Tailor"), subject to the approval of the Court, that Richie Tailor shall have to and including April 28, 2008 to respond to Nicole Miller's First Amended Complaint and Boston Proper's cross claims. This is the parties' second request for an extension of time. On February 26, 2008, the Court ordered that Richie Tailor shall have to and including March 28, 2008 to respond to Nicole Miller's First Amended Complaint. On March 6, 2008, the Court ordered that Richie Tailor shall have to and including March 28, 2008 to respond to Boston Proper's cross claims.

Dated: March 26, 2008

By: _____
O. Roxanne Elings (GE8321)
Deidre D. Blocker (DB0762)
GREENBERG TRAURIG, LLP
200 Park Avenue, MetLife Building
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiff,*
Kobra International, Ltd. d/b/a Nicole Miller, Ltd.

Dated: March 26, 2008

By: _____
Scott M. Kessler (SK5510)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
(212) 880-3800
*Attorneys for Defendant and Cross-Claimant,*
Boston Proper, Inc.

Dated: March 27, 2008

By: _____
Parker H. Bagley (PB0552)
Jason M. Gonder (JG3236)
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendant and Cross-Defendant,*
Richie Tailor, Inc.

ORDERED this
27th day of March, 2008

_____
Hon. Victor Marrero, U.S.D.J.

2