```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KOBRA INTERNATIONAL, LTD.,              :
                                        :   07 Civ 9894
                Plaintiff,              :
                                        :
    - against -                         :   NOTICE OF CONFERENCE
                                        :
                                        :
BOSTON PROPER, INC. ET AL,              :
                                        :
                Defendants.             :
----------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

All parties are advised that the initial conference before Judge Marrero scheduled for May 2, 2008 has been rescheduled to May 9, 2008 at 2:00 p.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         4 April 2008

                                           _____
                                                Victor Marrero
                                                    U.S.D.J.