# Greenberg Traurig

Deidre Blocker
Tel: (212) 801-2298
Facsimile: (212) 309-9598
blockerd@gtlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-08
```

April 28, 2008

**BY FACSIMILE (212.805.6382)**

Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re:    *Kobra International, Ltd. v. Boston Proper, Inc., et al., 07 Civ. 9894 (VM)*

Dear Judge Marrero:

We are counsel to plaintiff, Kobra International, Ltd. d/b/a Nicole Miller, Ltd. in the above-identified action. We write to request an adjournment of the Court's May 9, 2008 case management conference to June 9, 2008 or later. This is the second request for adjournment of the case management conference. Counsel for defendant, Boston Proper, Inc., and counsel for defendant, Richie Tailor, Inc., consent to the adjournment.

Respectfully,

Deidre D. Blocker

Enclosure

cc:    Parker H. Bagley, Esq. (by facsimile 212.822.5343)
       Scott M. Kessler, Esq. (by facsimile 212.880.8965)

Request GRANTED. The *initial status* conference herein is rescheduled to *6-13-08* at *4:45 P.M.* *No further extensions will be considered.*
SO ORDERED.

*4-28-08*
DATE        VICTOR MARRERO, U.S.D.J.