```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
KOBRA INTERNATIONAL, LTD. d/b/a                         :     **ECF CASE**
NICOLE MILLER, LTD., a New York                         :
Corporation,                                            :     CIVIL ACTION NO. 07-CV-9894 (VM)
                                                        :
                        Plaintiff,                      :
                                                        :     **STIPULATION OF SETTLEMENT AND**
            - against -                                 :     **ORDER OF DISMISSAL**
                                                        :
BOSTON PROPER, INC., a Florida                          :
Corporation; RICHIE TAILOR, INC., a New                 :
York Corporation; JOHN DOES 1-15; and                   :
XYZ CORPORATIONS 2-15,                                  :
                                                        :
                                                        :
                                                        :
                                                        :
                        Defendants.                     :
                                                        :
                                                        :
------------------------------------------------------- x

WHEREAS, on or about November 2007, plaintiff Kobra International, Ltd. d/b/a Nicole Miller Ltd. ("Plaintiff") filed Civil Action No. 07 CV 9894 (VM) in the United States District Court of the Southern District of New York (the "Action") against Defendants Boston Proper, Inc. ("Boston Proper"), John Does 1-15 and XYZ Corporations 1-15 alleging (a) copyright infringement in violation of the Copyright Law, 17 U.S.C. §§501, *et. seq.*; (b) unfair competition and false designation of origin in violation of 15 U.S.C. §1125(a); (c) unlawful and deceptive acts and practices in violation of N.Y. Gen. Bus. Law §349; and (d) unfair competition under New York state law.

NY 238,649,594v1 1/30/2008

WHEREAS, on or about December 2007, Boston Proper filed a Third Party Complaint against Richie Tailor, Inc. ("Richie Tailor") in the Action ("Third Party Complaint");

WHEREAS, on or about February 13, 2008, Nicole Miller filed and served a First Amended Complaint against Boston Proper, Richie Tailor, John Does 1-15 and XYZ Corporations 2-15 (collectively "Defendants") in the Action;

WHEREAS, the parties have amicably resolved the issues alleged in the complaint in this action;

WHEREAS, none of the parties in the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue this litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff and Defendants as follows:

1. All claims asserted in this action by Plaintiff against Defendants shall be and the same hereby are, dismissed with prejudice and without costs, disbursements or attorney fees to either party; and

2. All claims asserted by Boston Proper against Richie Tailor shall be and the same hereby are, dismissed with prejudice and without costs, disbursements or attorney fees to either party;

and

3.   Nothing in this So Ordered Stipulation of Settlement and Order of Dismissal shall be construed as an admission or concession of liability whatsoever by any of the Defendants regarding any of the allegations made by the Plaintiff in the complaint.

**CONSENTED TO BY KOBRA INTERNATIONAL, LTD. D/B/A NICOLE MILLER, LTD.**

Dated: July 7, 2008

**GREENBERG TRAURIG, LLP**

By: /s/ Deidre Blocker

G. Roxanne Elings (GE 8321)
Deidre D. Blocker (DB 0762)
200 Park Avenue, MetLife Building
New York, NY 10166
(212) 801-9200
*Attorneys for Plaintiff Kobra International, Ltd. d/b/a Nicole Miller, Ltd.*

**CONSENTED TO BY BOSTON PROPER, INC.**

Dated: June 6, 2008

**AKERMAN SENTERFITT LLP**

By: /s/

Scott M. Kessler (SK5510)
335 Madison Avenue, 26th Floor
New York, New York 10017
(212) 880-3800
*Attorneys for Defendant and Cross-Claimant, Boston Proper, Inc.*

**CONSENTED TO BY RICHIE TAILOR, INC.**

Dated: _____

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: _____

Parker H. Bagley (PB0552)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Attorneys for Defendant and Cross-Defendant, Richie Tailor, Inc.*

3

3.   Nothing in this So Ordered Stipulation of Settlement and Order of Dismissal shall be construed as an admission or concession of liability whatsoever by any of the Defendants regarding any of the allegations made by the Plaintiff in the complaint.

| | |
|---|---|
| **CONSENTED TO BY KOBRA INTERNATIONAL, LTD. D/B/A NICOLE MILLER, LTD.**<br><br>Dated: _____ | **GREENBERG TRAURIG, LLP**<br><br>By: _____<br><br>G. Roxanne Elings (GE 8321)<br>Deidre D. Blocker (DB 0762)<br>200 Park Avenue, MetLife Building<br>New York, NY 10166<br>(212) 801-9200<br>*Attorneys for Plaintiff Kobra International, Ltd. d/b/a Nicole Miller, Ltd.* |
| **CONSENTED TO BY BOSTON PROPER, INC.**<br><br>Dated: _____ | **AKERMAN SENTERFITT LLP**<br><br>By: _____<br><br>Scott M. Kessler (SK5510)<br>335 Madison Avenue, 26th Floor<br>New York, New York 10017<br>(212) 880-3800<br>*Attorneys for Defendant and Cross-Claimant, Boston Proper, Inc.* |
| **CONSENTED TO BY RICHIE TAILOR, INC.**<br><br>Dated: 6/10/08 | **MILBANK, TWEED, HADLEY & MCCLOY LLP**<br><br>By: [signature]<br><br>Parker H. Bagley (PB0552)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br><br>*Attorneys for Defendant and Cross-Defendant, Richie Tailor, Inc.* |

NY 238,649,594v1 1/30/2008

3

SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

SO ORDERED.

7-8-08
Date

Victor Marrero, U.S.D.J.